IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| **FRANCES VESSELL** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 7:15-CV-00036-HLH** |
| v. | § § | |
| **SAULSBURY INDUSTRIES, INC.** | § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff, Frances Vessell, and Defendant, Saulsbury Industries, Inc., hereby move the Court for entry of the attached Agreed Protective Order as follows:

1. As evidenced by the Agreed Protective Order attached hereto, all parties have agreed to its terms.

WHEREFORE, the parties respectfully request that this court grant this motion and enter the form of Agreed Protective Order attached hereto as Exhibit A, and award all other relief to which they may be justly entitled.

Respectfully submitted,

By: */s/ Jill C. Pennington*
John A. "Jad" Davis
State Bar No. 05511400
jadavis@dgclaw.com

Jill C. Pennington
State Bar No. 24007825
jcpennington@dgclaw.com

**DAVIS, GERALD & CREMER**
A Professional Corporation
400 W. Illinois, Ste. 1400 (79701)
P.O. Box 2796
Midland, Texas 79702
(432) 687-0011
Fax: (432) 687-1735

**ATTORNEYS FOR DEFENDANT SAULSBURY INDUSTRIES, INC.**

-and-

By: */s/ Gregg M. Rosenberg*
Gregg M. Rosenberg
USDC SD/TX No. 7325
Texas State Bar ID 17268750

ROSENBERG & SPROVACH
3518 Travis Street, Suite 200
Houston, TX 77002
(713) 960-8300
Fax: (713) 621-6670

**ATTORNEYS FOR PLAINTIFF, FRANCES VESSELL**

## CERTIFICATE OF SERVICE

This is to certify that on 2nd day of July, 2015, a true and correct copy of this instrument was filed with the Court via its CM/ECF filing system and has been served on the following attorneys of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE:

**VIA CM/ECF**
Gregg M. Rosenberg
Rosenberg & Sprovach
3518 Travis Street, Suite 200
Houston, TX 77002
**Attorneys for Plaintiff Frances Vessell**

By: */s/ Jill C. Pennington*
      Jill C. Pennington