# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | | |
|---|---|---|
| FRANCES VESSELL | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 7:15-CV-00036-HLH |
| v. | § | |
| | § | |
| SAULSBURY INDUSTRIES, INC. | § | |
| | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to Local Rule CV-88 and this Court's Scheduling Order, Plaintiff Frances Vessell ("Vessell") and Defendant Saulsbury Industries, Inc. ("Saulsbury") file this Joint Alternative Dispute Resolution Report and would respectfully show the Court as follows:

1. This case is in the early stages of discovery. Vessell has not made a settlement demand. It is anticipated that the parties will commence settlement negotiations after sufficient discovery has been conducted.

2. Gregg Rosenberg is the person responsible for settlement negotiations for Vessell.

3. John A. "Jad" Davis and Jill C. Pennington are the persons responsible for settlement negotiations for Saulsbury.

4. Counsel for the parties have agreed that mediation may be beneficial in resolving this dispute. The parties have agreed that mediation prior to November 13, 2015 would be appropriate. The parties will mutually agree on a specific date and mediator for mediation to occur in Midland, Texas or Odessa, Texas prior to the deadline proposed herein.

5. Counsel for all parties have informed their clients of the ADR procedures available in the District.

>Respectfully submitted,
>
>By: */s/ Jill C. Pennington*
>    John A. "Jad" Davis
>    State Bar No. 05511400
>    jadavis@dgclaw.com
>
>    Jill C. Pennington
>    State Bar No. 24007825
>    jcpennington@dgclaw.com
>
>**DAVIS, GERALD & CREMER**
>A Professional Corporation
>400 W. Illinois, Ste. 1400 (79701)
>P.O. Box 2796
>Midland, Texas 79702
>(432) 687-0011
>Fax: (432) 687-1735
>
>**ATTORNEYS FOR DEFENDANT SAULSBURY INDUSTRIES, INC.**
>
>-and-
>
>By: */s/ Gregg M. Rosenberg*
>    Gregg M. Rosenberg
>    USDC SD/TX No. 7325
>    Texas State Bar ID 17268750
>
>ROSENBERG & SPROVACH
>3518 Travis Street, Suite 200
>Houston, TX 77002
>(713) 960-8300
>Fax: (713) 621-6670
>
>**ATTORNEYS FOR PLAINTIFF, FRANCES VESSELL**

## CERTIFICATE OF SERVICE

This is to certify that on 23rd day of July, 2015, a true and correct copy of this instrument was filed with the Court via its CM/ECF filing system and has been served on the following attorneys of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE:

<u>VIA CM/ECF</u>
Gregg M. Rosenberg
Rosenberg & Sprovach
3518 Travis Street, Suite 200
Houston, TX 77002
**Attorneys for Plaintiff Frances Vessell**

By: */s/ Jill C. Pennington*
Jill C. Pennington